IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY CAMPBELL,

    Plaintiff,   No. CIV S-05-2018 GEB DAD P

    vs.

L. JOHNSON-DOVEY,

    Defendant.   ORDER

_____/

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 13, 2005, the court denied plaintiff's application requesting leave to proceed in forma pauperis. Pursuant to 28 U.S.C. § 1915(g), plaintiff was ordered to submit the $250.00 filing fee. On October 28, 2005, plaintiff filed a statement arguing that the court's order denies plaintiff access to the court. In <u>Rodriguez v. Cook</u>, 169 F.3d 1176, 1179 (9th Cir. 1999) the Court of Appeals held that § 1915(g) does not infringe on a prisoner's constitutional right to access the courts. Therefore, the court will order plaintiff to submit his filing fee.

/////

/////

/////

/////

1

1       Accordingly, IT IS ORDERED that within ten days from the service of this order,
2 plaintiff shall submit the $250.00 filing fee.  Plaintiff's failure to comply with this order will
3 result in a recommendation that this action be dismissed.
4 DATED: November 3, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
camp2018.eot