IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY CAMPBELL,

    Plaintiff,                       No. CIV S-05-2018 GEB DAD P

    vs.

L. JOHNSON-DOVEY,

    Defendant.                  <u>FINDINGS AND RECOMMENDATIONS</u>

/

        By orders filed October 13, 2005 and November 4, 2005 plaintiff was ordered to submit the $250.00 filing fee for this action and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The time period has now expired, and plaintiff has not submitted the filing fee. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections

/////

1  within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>

2  <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

3  DATED: November 18, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

6  DAD:4
camp2018.f&r